IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>    v.<br><br>ONE (1) TAURUS, MODEL: G2C, 9MM PISTOL, SERIAL NUMBER: AAM148647,<br>    First-Named Defendant Property,<br><br>THIRTEEN (13) ROUNDS OF 9MM AMMUNITION,<br>    Second-Named Defendant Property,<br><br>ONE (1) GLOCK INC., MODEL: 43, 9MM PISTOL, SERIAL NUMBER: AFFA829,<br>    Third-Named Defendant Property,<br><br>THREE (3) ROUNDS OF 9MM AMMUNITION,<br>    Fourth-Named Defendant Property. | CASE NO.: 5:22-CV-133 (MTT) |

**DEFAULT JUDGMENT OF FORFEITURE**
**AND FINAL ORDER OF FORFEITURE**

A Clerk's Entry of Default having been entered on October 12, 2022, in the above referenced case, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment of forfeiture and final order of forfeiture against the Defendant Property, having filed a proper Affidavit as to the property to be declared forfeited to the Plaintiff;

IT IS HEREBY ORDERED THAT JUDGMENT is entered as follows: All right, title, and interest in the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

**SO ORDERED,** this 2nd day of November, 2022.

S/ Marc T. Treadwell

---

MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

PREPARED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

*/s/ Michael D. Morrison*
MICHAEL D. MORRISON
Assistant United States Attorney
Georgia Bar No. 153001